Guy Rigdon, Appellee, v. Hattie Wagner Crosby, Appellant.

Gen. No. 10,047.

400

opinion filed April 18, 1946; released for publication May 6, 1946. John P. Haley and Charles M. Robson, for appellant; Pence B. Orr, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**